UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                 :

71 FIFTH GROUND LESSOR LLC and CITIZENS :
INSURANCE COMPANY OF AMERICA,        :
                                                 :

                  Plaintiffs,        :           20-cv-10775 (LJL)
                                                 :

        -v-                          :           ORDER
                                                   :

LIBERTY MUTUAL FIRE INSURANCE CO., et al., :

                  Defendants.     :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This action was filed on December 21, 2020.  Dkt. No. 1.  The complaint invokes

diversity jurisdiction pursuant to 28 U.S.C. § 1332, but it does not specify the citizenship of

Plaintiff 71 Fifth Ground Lessor LLC or its members, or Defendants MC 71 Fifth Avenue Realty

LLC, Lubert-Adler Management Company, L.P. and Samco Properties, L.L.C. or their members.

*See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-53 (2d Cir. 2000) (for

diversity purposes, a limited liability company has the citizenship of each of its members and a

limited partnership has the citizenship of each of its general and limited partners).  The complaint

also does not provide sufficient information for the Court to assess whether Plaintiff Citizens

Insurance Company of America and Defendant Liberty Mutual Fire Insurance Co. are diverse

parties.  *See* Dkt. No. 1 ¶¶ 6-7 (pleading that each is "an insurance company authorized to do

business within the State of New York and maintaining an office in the Commonwealth of

Massachusetts").

      Plaintiff is directed to file a letter with the Court by January 8, 2021 that demonstrates

whether diversity jurisdiction is properly pled.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020

2

SO ORDERED.

Dated: December 30, 2020
     New York, New York

LEWIS J. LIMAN
United States District Judge