# BAXTER SMITH & SHAPIRO, P.C.

Attorneys at Law
200 Mamaroneck Avenue, Suite 601
White Plains, New York 10601

| | | |
|---|---|---|
| **Robert C. Baxter** | | **Jennifer Warycha** |
| **Arthur J. Smith** | Telephone: (914) 684-1055 | **Joshua A. Bloom** |
| **Sim R. Shapiro** | Facsimile: (914) 684-1058 | **Bryan R. Forbes** |
| **Dennis S. Heffernan\*** | www.bssnylaw.com | **Patrick H. Thompson** |
| **Harold A. Campbell** | | **James F. Diviney** |
| **Margot L. Ludlam** | | **Francesca Gaspari** |
| **Louis B. Dingeldey Jr.** | | **Antoinette N. Luciano** |
| _____ | | _____ |
| \*Admitted in New Jersey | | Maria Peranzo, RN |

January 8, 2021

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: 71 Fifth Ground Lessor LLC. and Citizens Insurance Company of America v. Liberty Mutual Fire Insurance Co., et. al.
       Civil Action No.: 1:20-cv-10775-LJL
       Our File No.: 18108DJ

Dear Honorable Liman:

  This office represents the plaintiffs 71 Fifth Ground Lessor LLC., and Citizens Insurance Company of America. We are respectfully withdrawing our complaint that was previously filed with this Court.

        Respectfully submitted,

        Baxter Smith & Shapiro, P.C.

        *Sim R. Shapiro*

        By: Sim R. Shapiro (3465)

This action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a). The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED. 1/11/2021.

LEWIS J. LIMAN
United States District Judge

| **New York Office** | **Long Island Office** | **Buffalo Office** |
|---|---|---|
| 505 8th Avenue, Ste. 1704 | 99 North Broadway | 182 Dwyer Street |
| New York, NY 10018 | Hicksville, NY 11801 | West Seneca, NY 14224 |
| Tel. No. (212) 732-9800 | Tel. No. (516) 997-7330 | Tel. No. (716) 854-6140 |
| Fax No. (212) 732-0152 | Fax No. (516) 997-7488 | Fax No. (716) 854-6540 |